FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 02 2023

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Murphy, Marcus Allen, Plaintiff & Civil Case No.

V.                                      Jury Trial Requested

Two responding-deputies of the El Paso Co. (Co) Sheriff's Office, Defendants (Dep. Peak & Dep. Shellhammer?)

## COMPLAINT

If it pleases the court, pro-se Plaintiff, Marcus A. Murphy, submits this Complaint against the two responding-deputies of the El Paso Co. (Co) Sheriff's Office for violating his federal constitutional-rights, specifically his 4th, 5th, 8th, & 14th Amendment-rights, per 42 USC § 1983. Asserted-Jurisdiction is a federal-issue: civil-rights. Requested-Relief is for pecuniary economic & non-economic Damages in the amount of $1-Million. Asserted-Facts: Plaintiff-Murphy was arrested for Criminal-Trespassing on Wed., Jan. 25, 2023 (1-25-23) at his home of six-years, as a result of a non-judicial botched-eviction, without either an arrest-warrant or an eviction-warrant, based solely on the word of the new maintenance-man, Casey K, a known-Thief & drug-dealer, who was fired for misconduct from the Le Fon Trailer Park in Manitou Springs, without presenting any eviction-paperwork whatsoever. Because the El Paso Co. (Co) deputy-sheriffs

Page 1 of 3

complaint

refused to acknowledge ~~Defendant~~ plaintiff Murphy's eligibility for an Automatic-Dismissal per the Colorado Forcible Entry and Detainer Act, by paying the disputed-amount ($593.20) in full on Fri., Jan. 13, 2023 (1-13-23); and because the deputy-sheriffs refused to comply with the Federal Court-Order Automatic Stay of Eviction per Removal to this court from the El Paso Co. (CO) County-Court before an Eviction-Hearing; a brief-scuffle with Plaintiff-Murphy, an armed Federal Court-Officer, ensued in his front-yard. Apparently, Landlord-Security misled the El Paso Co. (CO) deputy-sheriffs by piggy-backing on the original, defunct Nov. '22 Rent Eviction-Lawsuit, rather than correctly + properly re-filing for the past-due rent for Dec. '22. As a result of the brief-scuffle, Officer-Murphy was charged with numerous Felonies, initially including two counts of Attempted-Murder, which were summarily dismissed by the El Paso Co. (CO) Dist. 4 Magistrate at the Bail/Probable-Cause Hearing. As a result of Landlord-Security's Self-Help Non-Judicial Eviction and Malicious-Prosecution, Plaintiff-Murphy has now been incarcerated for 26-days without warrant or indictment on Excessive-Bail of $35K, and has probably lost all of his worldly-belongings & personal-property, including all of his law-enforcement gear, just on Thurs., Jan. 26, 2023 (1-26-23).

*complaint*

days before an anticipated tax-return in excess of $3K! Therefore, Defendant-Deputies violated Plaintiff-Murphy's right to be secure in his home, right to due-process of law for an eviction, right to non-Excessive Bail, and right to Equal-Protection under the Law!

Sworn and Subscribed to this the 20th day of Feb., 2023 (2-20-23).

*Marcus Murphy* Marcus A. Murphy, pro-se Plaintiff, 5795 Southmoor Dr. Lot 53, Fountain, Co 80817, (720)256-0991, MarcusMurphy1975@hotmail.com

## SERVICE

I, Marcus A. Murphy, pro-se Plaintiff, certify that a copy of this COMPLAINT has been mailed to the Defendant-Deputies' counsel, the El Paso Co. (Co) Dist. 4 District-Attorney, via Indigent Legal-Mail.

*Marcus Murphy* Marcus A. Murphy, pro-se Plaintiff

(Informal-Service allows 60-days to Answer.)

Page 3 of 3